UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALLIANCE CAPITAL INTERNATIONAL
BANK,

                Petitioner,                24 cv 2368 (PKC)

      -against-                      ORDER

WADIAH CAPITAL,

                Respondent.
------------------------------------------------------------x

CASTEL, District Judge:

**RESPONDENT WADIAH CAPITAL IS ALLEGED TO BE A DELAWARE CORPORATION. THE COURT HAS RECEIVED CORRESPONDENCE FROM "WADIAH VENTURES INC., REPRESENTING OURSELF." THE CORRESPONDENCE IS NOT ACCEPTED FOR FILING.**

**RESPONDENT AND NON-PARTY WADIAH VENTURES INC ARE ADVISED THAT, BECAUSE THEY ARE NOT NATURAL PERSONS, THEY ARE NOT PERMITTED TO APPEAR IN THIS COURT (INCLUDING BY FILING WRITTEN SUBMISSIONS), EXCEPT THROUGH AN ATTORNEY WHO IS ADMITTED TO PRACTICE IN THIS COURT.**

**RESPONDENT IS ADVISED TO RETAIN AN ATTORNEY ADMITTED TO PRACTICE IN THIS COURT.**

-2-

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       April 30, 2024

Sent via email to

shlomo@wadiahventures.com