UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ALLIANCE CAPITAL INTERNATIONAL
BANK,

                Petitioner,              24 cv 2368 (PKC)

    -against-                       <u>ORDER</u>

WADIAH CAPITAL,

                Respondent.
-----------------------------------------------------------x

CASTEL, District Judge:

       Non-party Wadiah Ventures Inc. seeks reconsideration of the Court's Order of April 30, 2024 that noted that a non-natural person is not permitted to appear in this Court without representation by an admitted attorney. This rule applies with equal force to respondent and to non-party Wadiah Ventures Inc. The Court adheres to its prior Order.

       SO ORDERED.

                                        P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
       May 1, 2024

Sent via email to

shlomo@wadiahventures.com