UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALLIANCE CAPITAL INTERNATIONAL BANK,

               Plaintiff,                          24 **CIVIL** 2368 (PKC)

     -against-                          **JUDGMENT**

WADIAH CAPITAL,

               Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated February 7, 2025, Alliance's Petition is GRANTED as to confirmation of the arbitration award and pre-judgment interest. Post-judgment interest runs as a matter of law and Alliance is free to apply to the Clerk of Court for the taxation of allowable costs. Judgment is entered in favor of Alliance in the amount of $2,213,944.36, plus pre-judgment interest at a rate of nine percent per annum, calculated from February 21, 2024, through the date of the entry of the judgment, in the amount of $193,795.95. Because Wadiah Capital's unsubstantiated concern for its reputation is far outweighed by "the strong presumption of public access to judicial decisions," the Court has declined to file the Opinion and Order under seal. Liberty Re (Bermuda) Ltd. v. Transamerica Occidental Life Insurance Co., 04-cv-5044 (NRB), 2005 WL 1216292, at *6 (S.D.N.Y. May 23, 2005).

**Dated:** New York, New York
         February 10, 2025

                                                     **TAMMI M. HELLWIG**

                                                     **Clerk of Court**
                         **BY:**    *K. Mango*
                                                     **Deputy Clerk**