UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ALLIANCE CAPITAL INTERNATIONAL
BANK,

                           Petitioner,                    24 cv 2368 (PKC)

          -against-                             ORDER

WADIAH CAPITAL,

                           Respondent.
-----------------------------------------------------------x

CASTEL, District Judge:

        By the simple act of filing a "motion to enforce judgment," petitioner seeks to convert a money judgment into an equitable decree. See ECF 22 at ¶5(a)("an order: a. Compelling Respondent to comply with the Judgment.")   The Judgment in this action (ECF 19) is valid, binding and enforceable in accordance with Rule 69, Fed. R. Civ. P.  The specific relief sought in paragraph 5(a) the motion is denied without prejudice as unsupported by law.

        Petitioner's right to conduct discovery in accordance with Rule 69(a)(2), Fed. R. Civ. P., is plain from the face of the Rule and no Order is required.

        In the event that a person or entity fails to comply with a lawful discovery device, the Court may impose relief in accordance with Rule 37, Fed. R. Civ. P., Again no Order is required for this self-evident proposition.

        Petitioner is reminded of the provisions of Local Civil Rules 6.1 and 7.1.

        The Clerk shall terminate the motion at ECF 22.

SO ORDERED.

_P. Kevin Castel_
P. Kevin Castel
United States District Judge

Dated: New York, New York
May 8, 2025